**DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2019-60 |
| ) | |
| MELIK PETERSEN, ) | |
| ) | |
| Defendant. ) | |

ATTORNEYS:

**Gretchen Shappert, United States Attorney
Nathan Brooks, AUSA
Adam Francis Sleeper, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
　*For the United States of America,*

**Richard Coughlin, FPD
Melanie Lark Turnbull, AFPD**
Office of the Federal Public Defender
St. Thomas, U.S.V.I.
　*For Melik Petersen.*

## ORDER

**GÓMEZ, J.**

　　On June 20, 2019, the Grand Jury returned an eleven-count indictment charging Melik Petersen ("Petersen") with interfering with commerce by robbery and related crimes. A trial on the Indictment was scheduled to commence on November 25, 2019.

　　On November 19, 2019, Petersen moved to exclude evidence and testimony related to fingerprint identification as a sanction for untimely discovery. On November 22, 2019, the Court entered an order granting Petersen's motion and excluded all

fingerprint evidence and related testimony. On November 24, 2019, the United States appealed that order.

The premises considered, it is hereby

**ORDERED** that the trial setting as to Melik Petersen is **VACATED**; it is further

**ORDERED** that every thirty days, beginning on the date of this Order, the parties shall apprise the Court of the status of this matter; it is further

**ORDERED** that the parties shall advise the Court when the matter before the United States Court of Appeals for the Third Circuit is concluded; it is further

**ORDERED** that the trial setting as to Melik Petersen will be restored when the action is in a status so that it may proceed to final disposition; and it is further

**ORDERED** that this order shall not prejudice the rights of the parties to this litigation.

                                       **S\_____**
                                          **Curtis V. Gómez**
                                          **District Judge**