# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:19-cr-0060 |
| ) | |
| **MELIK PETERSEN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Melik Petersen's ("Petersen") plea of guilty (ECF No. 60) to Count Eight of the Indictment, charging a violation of 14 V.I.C. § 295. After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Petersen entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Petersen guilty as to Count Eight of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 60) is **ADOPTED;** it is further

**ORDERED** that Defendant Melik Petersen's plea of guilty as to Count Eight of the Indictment is **ACCEPTED,** and that Defendant Petersen is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than December 11, 2020; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than December 28, 2020; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than January 14, 2021; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than January 28, 2021; it is further

**ORDERED** that a sentencing hearing shall be held on Thursday, February 4, 2021, at 9:00 A.M. in STT Courtroom No. 1.

**Date:** October 22, 2020                             /s/ *Robert A. Molloy*
                                                                                                  **ROBERT A. MOLLOY**
                                                                                                  **District Judge**